**FILED**

07/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0079

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0079

CLAIMANTS: East Bench Irrigation District; United States of America (Bureau of Reclamation)

OBJECTORS: East Bench Irrigation District; State of Montana Department of Fish, Wildlife, and Parks; Point of Rocks Angus Ranch Inc.

COLJNTEROBJECTORS: Madison Valley Garden Ranch, LLC; Open A Ranch, Inc.

NOTICE OF INTENT TO APPEAR: Geoduck Land &Cattle LLC; Smith's Elk Meadows Ranch, LLC; Water Users Irrigation Co.

INTERVENORS: Bar J Ranch; David E. & Shelli Schuett; Baldy View Enterprises, LLC; William C. Mancoronal; Roxanne E. Mancoronal; Justin D. Devers; William R. Grose; Point of Rocks Angus Ranch Inc.; Clark Canyon Water Supply Co.

ON APPEAL FROM THE MONTANA WATER COURT

**No. 41B-265-P-2015**

41B 40850-00
41B 40851-00
41B 40852-00
41B 40854-00
41B 40855-00
41B 40856-00
41B 40857-00
41B 40858-00
41B 40859-00
41B 40860-00
41B 40861-00

**ORDER GRANTING THE UNOPPOSED MOTION BY APPELLEES
FOR 30-DAY EXTENSION OF TIME FOR FILING ANSWERING BRIEFS**

In consideration of the unopposed joint motion by Appellees for a 30-day extension of time for filing answering briefs and the good cause appearing therefore,

IT IS ORDERED that the motion is GRANTED. Answering briefs for all appellees shall be filed on or before August 23, 2021. Appellant's reply brief, if any, shall be filed on or before September 7, 2021.

DATED this ___day of _____, 2021.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 8 2021